IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-316-GCM**

PAMELA FOWLER, *et al*,
    Plaintiffs,

v.

FAMILY DOLLAR STORES, INC., *et al*,
    Defendants.

**ORDER GRANTING
ADMISSION PRO HAC VICE**

**THIS MATTER** is before the Court upon the motion of Plaintiffs Pamela Fowler, *et al,* to allow **Peter W. Winebrake** to appear *Pro Hac Vice*, dated August 31, 2007 [doc. #40].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Winebrake has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: August 31, 2007

Graham C. Mullen
United States District Judge