IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-316-GCM**

| | |
|---|---|
| PAMELA FOWLER, *et al*, ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| FAMILY DOLLAR STORES, INC., *et al*, ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiffs Pamela Fowler, *et al*, to allow **Robert K. Handelman** to appear *Pro Hac Vice*, dated August 31, 2007 [doc. #42].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Handelman has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: September 4, 2007

Graham C. Mullen
United States District Judge